## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOAN LICHTMAN, | : | No. 157 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCEL PRATT, CRAIG STRAW AND | : | |
| ZACHARY STRASSBURGER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 9th day of November, 2022, the Petition for Allowance of Appeal and the Application to Proceed In Forma Pauperis are **DENIED**.